UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY DIANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORIZON HEALTHCARE SERVICES, INC., d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, a New Jersey corporation.<br><br>Defendant. | CIVIL ACTION NO.: 2:13-cv-07418-CCC-MF<br><br>**STIPULATION AND ORDER STAYING ANSWER, MOTION OR OTHER RESPONSE TO COMPLAINT** |

**WHEREAS**, the Complaint was served upon Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon") on December 26, 2013; and

**WHEREAS**, Horizon previously requested from Plaintiff an extension to February 18, 2014, to answer or otherwise plead and to allow it to obtain counsel, and Plaintiff agreed with that request, subject to Court approval; and

**WHEREAS**, on January 28, 2014, another lawsuit was filed as a related matter, to wit, *Karen Pekelney, et al. v. Horizon Healthcare Services, Inc.*, Civ. No. 2:14-cv-00584-CCC-MF ("Pekelney"). On February 10, 2014, the plaintiffs in the *Pekelney* case filed a motion to consolidate that case with the instant case, returnable on March 17, 2014, asserting that the two cases involve "the same putative class members, are against the same defendant, have nearly identical factual allegations, and contain overlapping legal claims," and requesting that the two cases be managed through a single set of pleadings; and

**WHEREAS**, Horizon believes it would be more efficient to first determine whether the cases will be consolidated and a consolidated complaint will be filed; and

**WHEREAS**, Plaintiff, subject to Court approval, does not oppose a reasonable extension based on those facts.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Diana and Horizon, subject to this Court's approval, that Horizon's time within which to answer, move or otherwise respond to the Complaint is hereby stayed pending resolution of the motion to consolidate. If the *Pekelney* case and this case are not consolidated, the response to the complaint shall be filed and served within 28 days of the order denying consolidation. If the *Pekelney* case is consolidated with this case, Horizon's response shall be filed within 28 days from the filing of a consolidated complaint or on such other date set by the Court.

**WILENTZ, GOLDMAN & SPITZER, P.A.**

By: s/ Philip A. Tortoreti
    Philip A. Tortoreti, Esq.
    90 Woodbridge Center Drive
    Suite 900, Box 10
    Woodbridge, NJ  07095-0958
    (732) 636-8000
    Attorneys for Plaintiff
    Courtney Diana

**GREENBERG TRAURIG, LLP**

By: s/ David Jay
    David Jay, Esq.
    200 Park Avenue
    P.O. Box 677
    Florham Park, NJ  07932-0677
    (973) 360-7900
    Attorneys for Defendant Horizon Blue
    Cross Blue Shield of New Jersey

SO ORDERED on this 18 day of February, 2014  2/18/14

Hon. Mark Falk, U.S.M.J.