UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| COURTNEY DIANA, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC., d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, a New Jersey corporation,<br><br>                              Defendant. | Civil Action No.: 3:13-cv-07418-CCC-MF<br><br>CERTIFICATION OF PHILIP A. TORTORETI IN SUPPORT OF *PRO HAC VICE* ADMISSION OF BEN BARNOW, ESQ. |

**PHILIP A. TORTORETI**, of full age, pursuant to 28 U.S.C. §1746, hereby certifies as follows:

1. I am an attorney-at-law licensed to practice in the State of New Jersey and am admitted to the United States District Court for the District of New Jersey. I am a Shareholder with the law firm of Wilentz, Goldman & Spitzer P.A., counsel for Plaintiffs in the above-captioned matter. My firm maintains a bona fide office in this District and has complied with all applicable rules in establishing this office.

2. I am a member in good standing of the bar of this Court, and I submit this Certification in support of Plaintiff's application to have Ben Barnow, Esq., admitted *pro hac vice* in this matter.

3. Ben Barnow is the sole shareholder of Barnow and Associates, P.C., a law firm with offices located in Chicago, Illinois and co-counsel to Plaintiffs in this action. Mr. Barnow is a member in good standing of the Bar of the Supreme Court of Illinois. Attached as Exhibit

#7314181.1(160445.002)

"A" is Mr. Barnow's Certification along with his Certificate of Good Standing pursuant to L. Civ. R. 101(c)(1). If admitted *pro hac vice*, Mr. Barnow would assist in the representation of Plaintiffs in this case. I agree to be responsible for the conduct of Mr. Barnow.

4. Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, a New Jersey corporation consents to Mr. Barnow's *Pro Hac Vice* admission.

5. I agree to be responsible for ensuring that Mr. Barnow abides by L. Civ. R. 101.1(c) and by all other rules of this Court.

6. I have never been held in contempt of court, nor have I ever been censured, suspended or disbarred by any court.

7. I hereby certify that all pleadings in the within matter will be signed and filed by local counsel. I further certify that local counsel will attend all hearings.

8. I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: Woodbridge, New Jersey
February 24, 2014

*[signature]*

Philip A. Tortoreti

#7314181.1(160445.002)

2