# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY DIANA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HORIZON HEALTHCARE SERVICES, INC., d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, a New Jersey corporation,<br><br>　　Defendant. | Master Docket No. 13-cv-07418-CCC-MF<br><br>**NOTICE OF DEFENDANT HORIZON HEALTHCARE SERVICES, INC.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Motion Returnable: October 20, 2014<br>Oral Argument Requested |
| KAREN PEKELNEY and MARK MEISEL, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HORIZON HEALTHCARE SERVICES, INC., d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, a New Jersey corporation,<br><br>　　Defendant. | |

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on October 20, 2014, at 9:00 a.m. or as soon thereafter as counsel may be heard, the attorneys for Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon") in the above captioned action shall respectfully move before the Honorable Claire Cecchi, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark, NJ 07101, for an order dismissing the Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12.

**PLEASE TAKE FURTHER NOTICE** that Defendant Horizon relies on the accompanying Memorandum of Law and Declaration of David Jay in Support of Its Motion to Dismiss the Consolidated Class Action Complaint.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument.

Dated: August 8, 2014               Respectfully submitted,

                                    */s/ David Jay*
                                    Philip R. Sellinger
                                    David Jay
                                    GREENBERG TRAURIG, LLP
                                    200 Park Avenue
                                    P.O. Box 677
                                    Florham Park, NJ 07932-0677
                                    (973) 360-7900
                                    (973) 301-8410 (fax)

                                    Kenneth L. Chernof
                                    Arthur Luk
                                    Alice Hwang
                                    ARNOLD & PORTER LLP
                                    555 12th Street, N.W.
                                    Washington, D.C. 20004
                                    (202) 942-5000

                                    *Attorneys for Defendant Horizon*
                                    *Healthcare Services, Inc.,*
                                    *d/b/a Horizon Blue Cross Blue Shield of*
                                    *New Jersey*