**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HORIZON HEALTHCARE SERVICES INC. DATA BREACH LITIGATION | Civil Action No. 13-7418 (CCC) <br><br> **ORDER** |

**WHEREAS** this matter comes before the Court on the motion of Defendant Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Defendant") to dismiss the consolidated class action complaint of Plaintiffs Courtney Diana, Karen Pekelney, Mark Meisel, and Mitchell Rindner (collectively, "Plaintiffs") [ECF No. 40]. Pursuant to Fed. R. Civ. P. 78, no oral argument was heard.

**WHEREAS** the Court entered an Order dated March 31, 2015 [ECF No. 48] with regard to Defendant's motion [ECF No. 40], which shall be superseded by this Order. Defendant has consented to the form of this Order and its replacement of the March 31, 2015 Order [ECF No. 48].

482029.1

For the reasons set forth in the Opinion [ECF No. 47], it is on this __7__ day of __May__ 2015,

**ORDERED** that Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF No. 40] is **GRANTED**; and it is further

**ORDERED** that the consolidated class action complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that this Order shall constitute the entry of a final judgment; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**