UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------X
:
In re: HORIZON HEALTHCARE :
SERVICES, INC. DATA BREACH :
LITITATION :
: **Civil Action**
:
: Case No. 2:13-cv-07418-CCC-MF
:
:
:
:
:
----------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF COURTNEY DIANA (AND NOT CLAIMS OF OTHER PLAINTIFFS) PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Courtney Diana hereby dismisses all of her claims, individually and on behalf of all others similarly situated in this matter. By doing so, she does not dismiss the claims of Karen Pekelney, Mark Meisel and Mitchell Ridner, on behalf of themselves and all others similarly situated, which are specifically preserved in this consolidated matter.

Dated: May 10, 2017

| | |
|---|---|
| WILENTZ, GOLDMAN & SPITZER, P.A.<br><br>By: _/s/ Philip A. Tortoreti_<br>Philip A. Tortoreti<br>90 Woodbridge Center Drive<br>Box 10, Suite 900<br>Woodbridge, N.J. 07095<br>ptortoreti@wilentz.com<br>Tele.: 723.636.8000<br>Fax:   732.726.6542<br>*Plaintiffs' Interim Co-Lead Counsel* | LITE DEPALMA GREENBERG, LLC<br>Joseph J. DePalma<br>Two Gateway Center, Ste. 1201<br>Newark, NJ 07102<br>jdepalma@litedepalma.com<br>Tele: 973.623.3000<br>Fax:  973.623.0858<br><br>*Plaintiffs' Interim Co-Lead Counsel* |

1

#9131182.1

| | |
|---|---|
| BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow<br>One No. LaSalle Street, Ste. 4600<br>Chicago, IL  60602<br>b.barnow@barnowlaw.com<br>Tele.:   312.621.2000<br>Fax.:    312.641.5504<br><br>*Plaintiffs' Interim Co-Lead Counsel* | KAPLAN FOX & KILSHEIMER, LLP<br>Laurence D. King<br>350 Sansome Street, Ste. 400<br>San Francisco, CA  94104<br>lking@kaplanfox.com<br>Tele.:   415.772.4700<br>Fax:     415.772.4707<br><br>*Plaintiffs' Interim Co-Lead Counsel* |