IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HORIZON HEATHCARE SERVICES, INC. DATA BREACH LITIGATION | Master Docket No.:  13-cv-07418-CCC-MF<br><br>JOINT MEDIATION STATUS REPORT |

Pursuant to the Order of the Honorable Claire C. Cecchi, U.S.D.J., the parties jointly report upon the status of the Court ordered mediation in this matter as follows:

1. Attorneys for plaintiffs, and attorneys for and representatives of Horizon met with The Honorable Joel A. Pisano, U.S.D.J. (Ret.), at the offices of Walsh Pizzi O'Reilly Falanga beginning at 9:00 a.m. on Thursday, September 28, 2017.   The named plaintiffs were in contact by telephone.

2. Through the course of the day, the respective positions of the parties were exchanged through Judge Pisano.

3. At 4:30 p.m., the mediation concluded without resolution.


Dated: October 5, 2017

**LITE DEPALMA GREENBERG, LLC**

 _/s/ Joseph J. DePalma_____
Joseph J. DePalma
Two Gateway Center, Suite 1201
Newark, NJ  07102
*jdepalma@litedeplma.com*
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Philip A. Tortoreti
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive

#9496315.5

        Suite 900, Box 10
        Woodbridge, New Jersey  07095-0958
        *ptortoreti@wilentz.com*
        Telephone: (732) 636-8000

        Laurence D. King
        **KAPLAN FOX & KILSHEIMER LLP**
        350 Sansome Street, Suite 400
        San Francisco, CA  94104
        lking@kaplanfox.com
        Telephone: (415) 772-4700
        Facsimile: (415) 772-4707

        Ben Barnow
        BARNOW AND ASSOCIATES, P.C.
        One N. LaSalle Street, Ste. 4600
        Chicago, IL  60602
        b.barnow@barnowlaw.com
        Telephone: (312) 621-2000
        Facsimile: (312) 641-5504

        *Interim Co-Lead Class Counsel*

Dated: October 5, 2017        __/s/ David Jay_____
        Philip R. Sellinger
        David Jay
        GREENBERG TRAURIG, LLP
        500 Campus Drive
        Florham Park, NJ  07932-0677
        (973) 360-7900

        Kenneth L. Chernof
        Arthur Luk
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave., NW
        Washington, DC  20001
        (202) 942-5000

        *Attorneys for Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey*

#9496315.5