UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HORIZON HEALTHCARE SERVICES, INC. DATA BREACH LITIGATION | Civil Action No. 13-cv-07418-CCC-MF |

## [REVISED PROPOSED] THIRD DISCOVERY SCHEDULING ORDER

WHEREAS, the Court entered the Initial Discovery Scheduling Order in this matter on June 6, 2017 (ECF No. 77), and entered a Second Discovery Scheduling Order on July 13, 2017 ("Second Discovery Scheduling Order," ECF No. 88); and

WHEREAS, on July 31, 2017, the Court entered an Order requiring mediation (the "Mediation Order," ECF No. 92), temporarily staying discovery until the conclusion of mediation, and extending all deadlines in the Second Discovery Scheduling Order by the amount of time discovery was stayed pending mediation; and

WHEREAS, in accordance with the Mediation Order, the parties submitted a [Proposed] Third Discovery Scheduling Order (ECF No. 99-1) extending certain discovery dates as required in the Mediation Order; and

WHEREAS, the [Proposed] Third Discovery Scheduling Order was submitted but not entered; and

WHEREAS, pursuant to the terms of the Mediation Order, the deadline for document productions in response to parties' First Requests for Production of Documents was March 19, 2017, and depositions and interrogatories were permitted to commence on that date; and

WHEREAS, all parties agree that a modest extension of the upcoming March 19, 2018 discovery deadline (and related deadlines) is appropriate to reflect developments that have occurred since the previous version was submitted;

In consideration of the foregoing, and for good cause shown, it is on the __7__ day of __february__, 2018, ORDERED THAT:

1. The parties shall continue their productions of documents in response to each other's First Requests for the Production of Documents in good faith on a rolling basis and shall complete their productions in response to such requests by May 31, 2018, except for documents not known to be in their respective possession or control on that date.

2. The parties will defer service of interrogatories, and requests for admission until May 16, 2018.

3. The parties will not commence depositions until after May 31, 2018.

4. The parties shall submit a joint discovery plan no later than May 31, 2018, proposing a schedule for the remainder of fact discovery, and a schedule for expert discovery, class certification, pre-trial motions, and trial.

MARK FALK
United States Magistrate Judge