# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Horizon Healthcare Services, Inc. Data Breach Litigation, | Case No. 13-cv-07418-CCC-MF |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In further opposition to Horizon Healthcare Services, Inc.'s ("Horizon") pending motion to dismiss, Plaintiffs respectfully advise the Court of the United States Court of Appeals for the Seventh Circuit's recent decision in *Dieffenbach v. Barnes & Noble, Inc.*, No. 17-2408 (7th Cir. April 11, 2018) (Exhibit A hereto).

In *Dieffenbach*, the plaintiffs allege that a retailer defendant's failure to maintain reasonable and industry-standard security measures enabled criminals to tamper with PIN pad devices at 63 of the retailers stores and steal the credit and debit card information (names, card numbers, expiration dates, and PINs) of customers who swiped their cards at those stores. In the *Dieffenbach* Order, the Seventh Circuit recognizes that the inability to access stolen bank funds for days, the inability to make purchases for days, time spent by a data breach victim to sort things out with her bank and the police in the aftermath of a breach, and money spent for credit monitoring protection after learning of a breach each, independently, constitute recoverable damages.

#9847967.1

The *Dieffenbach* Order reverses the district court decision cited by Horizon in support of its pending motion to dismiss, *In re Barnes & Noble Pin Pad Litig.*, No. 12-cv-08617, 2017 WL 2633398 (N.D. Ill. June 13, 2017). *See* ECF 80.

Dated: April 13, 2018

                                        Respectfully submitted,

                                        WILENTZ, GOLDMAN & SPITZER P.A.
                                        90 Woodbridge Center Drive
                                        Suite 900, Box 10
                                        Woodbridge, New Jersey 07095-0958
                                        Telephone: (732) 636-8000
                                        Email: ptortoreti@wilentz.com

                                        /s/ Philip A. Tortoreti
                                        Philip A. Tortoreti

                                        Ben Barnow (*pro hac vice*)
                                        Erich P. Schork (*pro hac vice*)
                                        BARNOW AND ASSOCIATES, P.C.
                                        One N. LaSalle Street, Stuite 4600
                                        Chicago, IL 60602
                                        Telephone: (312) 621-2000
                                        Facsimile: (312) 641-5504
                                        Email: b.barnow@barnowlaw.com
                                        Email: e.schork@barnowlaw.com

                                        Laurence D. King (*pro hac vice*)
                                        KAPLAN FOX & KILSHEIMER LLP
                                        350 Sansome Street, Suite 400
                                        San Francisco, CA 94104
                                        Telephone: (415) 772-4700
                                        Facsimile: (415) 772-4707
                                        Email: lking@kaplanfox.com

Joseph J. DePalma
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
Email: jdepalma@litedepalma.com

*Plaintiffs' Interim Co-Lead Counsel*