

David Jay
Tel (973) 360-7912
Fax (973) 301-8410
jayd@gtlaw.com

June 29, 2018

<u>VIA ECF</u>

Hon. Mark Falk, U.S.M.J.
U.S. District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O. & U.S. Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07102

      Re:    In Re Horizon Healthcare Services Inc. Data Breach Litigation
               Civil Action No.13-cv-7418 (CCC)(JBC)

Dear Judge Falk:

      Enclosed is a proposed scheduling order that is being submitted jointly by the parties. If this meets with Your Honor's approval, we ask that it be so ordered and entered on the docket.

                                        Respectfully submitted,

                                        */s/ David Jay*

                                        David Jay

DJ:mc
Enclosure

cc:    All counsel of record (via ECF)