UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HORIZON HEALTHCARE SERVICES, INC. DATA BREACH LITIGATION | Civil Action No. 13-cv-07418-CCC-MF |

## ORDER

WHEREAS, the Court previously entered an order staying proceedings in this matter until April 29, 2019 (ECF. No. 131);

WHEREAS, the Court previously entered an order further staying proceedings in this matter until June 5, 2019 (ECF No. 135); and

WHEREAS, a decision on defendant's motion to dismiss plaintiffs' Consolidated Class Action Complaint is anticipated within the coming weeks;

In consideration of the foregoing, and for good reason shown, it is on the __10__ day of __September__, 2019, ORDERED THAT:

The proceedings in this matter are stayed until September 16, 2019.

HON. CLAIRE C. CECCHI
United States District Judge