**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis (WJP2160)
160 Morris Street
Morristown, NJ  07960
Tel: (973) 401-1111
Fax: (973) 401-1114
wpinilis@kaplanfox.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HORIZON HEALTHCARE SERVICES INC. DATA BREACH LITIGATION | Civil Action No: 2:13-cv-07418-CCC-JSA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

PLEASE TAKE NOTICE THAT David A. Straite hereby withdraws as counsel of record in this matter as he is no longer with the firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox").

Plaintiffs shall continue to be represented by Court-appointed Co-Lead Counsel Laurence D. King of Kaplan Fox as well as the other Co-Lead Counsel appointed by the Court.

DATED: May 25, 2021            KAPLAN FOX & KILSHEIMER LLP

                               By:  /s/ *William J. Pinilis*
                                     William J. Pinilis

                               *Attorneys for Plaintiffs*