NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HORIZON HEALTHCARE SERVICES INC. DATA BREACH LITIGATION | Civil Action No.: 2:13-cv-07418<br>**ORDER** |

This matter comes before the Court on the motion of Defendant Horizon Healthcare Services, Inc. ("Defendant") to dismiss the amended putative class complaint of Plaintiffs Mark Meisel, Karen Pekelney, and Mitchell Rindner ("Plaintiffs"). ECF No. 40. The Court held oral argument in this matter. ECF No. 100. For the reasons set forth in the Court's corresponding Opinion:

**IT IS** on this 21st day of December, 2021:

**ORDERED** that Defendant's motion to dismiss (ECF No. 40) is **GRANTED**; it is further

**ORDERED** that Plaintiffs' amended putative class action complaint (ECF No. 36) is **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that, to the extent that Plaintiffs can cure the pleading deficiencies discussed in the accompanying Opinion, Plaintiffs may file a second amended complaint within thirty (30) days of the date of this Order; it is further

**ORDERED** that the Clerk of the Court shall close this case; and it is further

**ORDERED** that if Plaintiffs timely file a second amended complaint that comports with the Court's Opinion and Order, the Clerk of the Court shall re-open this matter at that time.

**SO ORDERED.**

s/ Claire C. Cecchi
**CLAIRE C. CECCHI, U.S.D.J.**