## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HORIZON HEALTHCARE SERVICES, INC. DATA BREACH LITIGATION | Civil Action No.: 13-7418 (CCC)(JSA) |

## JOINT STIULATION AND ORDER EXTENDING TIME TO FILE THE SECOND AMENDED COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** as follows:

**Whereas**, On December 21, 2021, the Court granted the Motion to Dismiss (Dkt. No. 40) filed by Horizon Blue Cross Blue Shield Of New Jersey. (Dkt. No. 158).

**Whereas**, the Order provided a deadline of January 20, 2022 to file the Second Amended Complaint.

**Whereas**, the Parties stipulate and agree to extend that deadline for 14 days until February 3, 2022.

**IT IS STIPULATED TO BY AND BETWEEN** the parties that the deadline to file the Second Amended Complaint be extended to February 3, 2022.

| **LITE DEPALMA GREENBERG & AFANADOR, LLC** | **GREENBERG TRAURIG, LLP** |
|---|---|
| */s/ Joseph J. DePalma* <br> Joseph J. DePalma <br> 570 Broad Street, Suite 1201 <br> Newark, New Jersey 07102 <br> Phone: (973) 623-3000 <br> Fax: (973) 623-0858 | */s/ David Jay* <br> David Jay <br> 500 Campus Drive, Suite 400 <br> Florham Park, NJ 07932 <br><br> *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this <u>21st</u> day of <u>January</u>, 2022.

*s/Jessica S. Allen*
HONORABLE JESSICA S. ALLEN, U.S.M.J.

793097.1